UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CRANSTON, et al.,

                Plaintiffs,

    -against-


E.G. CLEMENTE CONTRACTING CORP.,

                Defendant.
----------------------------------------------------------------X

**NOT FOR PUBLICATION**

ORDER

05-CV-794 (NGG)(RML)

GARAUFIS, District Judge.

On October 3, 2005, Plaintiffs Cranston *et al.* filed a Motion for Default Judgment, which this court granted on October 28, 2005 ("October 28, 2005 Order"). Because Plaintiffs in their motion did not include a notice of motion as required by Fed. R. Civ. P. 7(b), Eastern District of New York Local Civil Rule 6.1, and the individual rules of this court, I hereby vacate the October 28, 2005 Order, and deny the motion.

ORDERED, that Plaintiffs' motion for default judgment is denied. Plaintiffs are directed to serve Defendant with a true copy of this Order.

SO ORDERED.

Dated: October 31, 2005　　　　　　　　　　　　　　　　　/s/
       Brooklyn, N.Y.　　　　　　　　　　　　　　　Nicholas G. Garaufis
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge