```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                    NOT FOR PUBLICATION
CRANSTON, et al.,
                                                                    ORDER
                    Plaintiffs,
                                                                    05-CV-794 (NGG)(RML)
     -against-


E.G. CLEMENTE CONTRACTING CORP.,

                    Defendant.
----------------------------------------------------------------X
```

GARAUFIS, District Judge.

On October 3, 2005, Plaintiffs Cranston *et al.* filed a Motion for Default Judgment, which this court granted on October 28, 2005 ("October 28, 2005 Order"). Because Plaintiffs in their motion did not include a notice of motion as required by Fed. R. Civ. P. 7(b), Eastern District of New York Local Civil Rule 6.1, and the individual rules of this court, I hereby vacate the October 28, 2005 Order, and deny the motion.

ORDERED, that Plaintiffs' motion for default judgment is denied. Plaintiffs are directed to serve Defendant with a true copy of this Order.

SO ORDERED.

Dated: October 31, 2005                          /s/
       Brooklyn, N.Y.                     Nicholas G. Garaufis
                                          United States District Judge